UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.  CR No. 01-137-3T

MIGUEL ANTONIO PERCEL GUILLEN

## ORDER OF REASSIGNMENT

It is hereby ordered that this case is returned to the Clerk for reassignment to another judge.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge

Date: Jan. 11, 2009